## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| 50 MORGAN HOSPITALITY GROUP, LLC | : | |
| Plaintiff, | : | Case No. 3:17-cv-00332-MPS |
| -v- | : | |
| EXCEL HOTEL SERVICES, INC. D/B/A EXCEL & ASSOCIATES | : | AUGUST 31, 2017 |
| Defendant. | : | |

### JOINT MOTION TO MODIFY SCHEDULING ORDER FOLLOWING APPEARANCE OF THIRD PARTY DEFENDANTS

Pursuant to Fed. R. Civ. P. 16(b)(4) and D. Conn. Loc. R. 16(b), all appearing parties to this action jointly move to modify the scheduling order entered in this matter prior to the addition of the third party defendants, in order to permit the newly added defendants sufficient time to address the pleadings, conduct discovery, and prepare this matter for trial.

By way of procedural background, this action was initially filed in the Connecticut Superior Court on January 27, 2017, and removed to this Court on the basis of diversity jurisdiction on February 23, 2017. On May 1, 2017, this Court approved the parties' Rule 26(f) Report [doc # 12] and entered a Scheduling Order consistent therewith [doc. # 13].

In accordance with the Scheduling Order, Defendant Excel Hotel Services, Inc. ("Excel") filed a Third-Party Complaint and Cross-Claim in this action on June 1, 2017, adding Third Party Defendants Electrical Contractors, Inc. ("ECI"), Crest Mechanical

Services, Inc. ("Crest"), TPC Associates, Inc. ("TPC"), Crosskey Architects, LLC ("Crosskey Architects"), William W. Crosskey II ("Crosskey"), and Kaurette Construction, Inc. ("Kaurette").  All Third Party Defendants have appeared except for Kaurette, which has been defaulted for failure to do so.

Also on June 1, 2017, Excel filed an Apportionment Complaint against the Third Party Defendants, based upon Plaintiff 50 Morgan Hospitality Group, LLC's ("50 Morgan") representations that Plaintiff intended to assert claims of negligent construction by Excel and/or its subcontractors on the construction project which is the subject of this legal action.  On August 11, 2017,  Crest filed a motion to dismiss Excel's Apportionment Complaint against it on the grounds that 50 Morgan's Complaint does not allege claims of negligence.  [Doc # 59.]  On August 17, 2017, TPC filed a motion to dismiss the Apportionment Complaint against it on the same grounds.  [Doc # 61.]  Excel's opposition to Crest and TPC's motions to dismiss is currently due by September 1, 2017.

On August 21, 2017, counsel for all appearing parties conferred for the purpose of reviewing the current scheduling deadlines and proposing a revised scheduling order to govern this matter in light of the recent addition of the Third Party Defendants and the pleading practice and additional discovery arising from such addition.  The current scheduling deadlines provided in the Scheduling Order cannot reasonably be met due to the addition of the Third Party Defendants, which was not reasonably foreseeable when the initial proposed case management plan was submitted by 50 Morgan and Excel. As a result, and in order to afford all parties adequate time in which to undertake

motion practice and discovery in this action, the parties jointly request the following modifications to the Scheduling Order for this action.

## I.  Pleadings

Plaintiff 50 Morgan requests permission to file an amended complaint by **September 15, 2017**.

## II.  Discovery

1.  The parties stipulate to exchange initial disclosures by **September 30, 2017**.
2.  All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4) will be completed (not propounded) by **August 31, 2018**.
3.  Written discovery and document production will be completed by **January 31, 2018**.
4.  The parties anticipate that the Plaintiff will require at least 5 depositions of fact witnesses; the Defendant will require at least 5 depositions of fact witnesses; and Third-Party Defendants will each will require at least 5 depositions of fact witnesses.  The parties anticipate that there will be overlap among these fact witnesses. The depositions of fact witnesses will be completed no later than **August 31, 2018**.
5.  The parties may request permission from the Court to serve more than twenty-five (25), including subparts, interrogatories to the extent necessary.
6.  The parties may call expert witnesses at trial.  Any party with affirmative claims for relief will designate trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by **May 1, 2018**.  Depositions of any such experts will be completed by **June 15, 2018**.  The parties will designate any rebuttal experts and provide counsel with reports from such experts by **July 15, 2018**. Depositions of any such rebuttal experts will be completed by **August  31, 2018**.
7.   A damage analysis will be provided by any party who has a claim or counterclaim for damages by **May 1, 2018**.

## III.  Dispositive Motions

Dispositive motions will be filed on or before **September 30, 2018**.

**IV.     Joint Trial Memorandum**

The Joint Trial Memorandum required by the Standing Order on Trial

Memoranda in Civil Cases will be filed on or before **November 1, 2018**, or in the event

that a dispositive motion is filed, within sixty (60) days after the entry on the ruling on the

last dispositive motion.

**V.      Trial Readiness**

The case will be ready for trial within thirty (30) days after the filing of the Joint

Trial Memorandum.


Counsel jointly submit that good cause exists for the proposed modifications to

the Scheduling Order, in that the parties cannot reasonably comply with the current

deadlines in light of the recent addition of parties and the additional pleading practice

and expanded discovery that their addition will entail.


As officers of the Court, undersigned counsels agree to cooperate with each

other and the Court to promote the just, speedy and inexpensive determination of this

action.

4

**PLAINTIFF,**
**50 MORGAN HOSPITALITY GROUP, LLC**

_____/s/_____

Timothy T. Corey (ct00398)
Luke R. Conrad (ct28977)
Hinckley, Allen & Snyder, LLP
20 Church Street
Hartford, CT 06103
Tel:  (860) 331-2720
Fax:  (860) 278-3802
Email: tcorey@hinckleyallen.com
          lconrad@hinckleyallen.com

**DEFENDANT,**
**EXCEL HOTEL SERVICES, INC., D/B/A**
**EXCEL & ASSOCIATES**

_____/s/_____

Rowena A. Moffett (ct19811)
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven. CT 06511
Tel:  (203) 772-2600
Fax:  (203) 562-2098
Email:  rmoffett@bswlaw.com

**THIRD-PARTY DEFENDANT,**
**ELECRICAL CONTRACTORS, INC.**

_____/s/_____ 

Brendan T. Cahill
Law Offices of Cynthia M. Garraty
6 Devine Street, 1st Floor
North Haven, CT  065473
Tel:  (203) 407-6000
Email:  bcahill2travelers.com

**THIRD-PARTY DEFENDANT,**
**CREST MECHANICAL SERVICES, INC.**

_____/s/_____

Charles E. Vermette, Jr.
Eric R. Schwerzmann
Litchfield Cavo LLP
82 Hopmeadow Street
Simsbury, CT 06089
Tel: (860) 413-2800
Fax:  (860) 413-2801
Email:  vermette@litchfieldcavo.com
          schwerzmann@litchfieldcavo.com

**THIRD-PARTY DEFENDANT,**
**CROSSKEY ARCHITECTS, LLC**

_____/s/_____

Brian Tetreault
James L. Brawley
Michelle Napoli-Lipsky
Morrison, Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT  06103-1810
Tel: (860) 616-4441
Fax:  (860) 244-3800
Email:  btetreault@morrisonmahoney.com
          jbrawley@morrisonmahoney.com
          mnlipsky@morrisonmahoney.com

**THIRD-PARTY DEFENDANT,**
**WILLIAM W. CROSSKEY**

_____/s/_____

Brian Tetreault
James L. Brawley
Michelle Napoli-Lipsky
Morrison, Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT  06103-1810
Tel: (860) 616-4441
Fax:  (860) 244-3800
Email:  btetreault@morrisonmahoney.com
          jbrawley@morrisonmahoney.com
          mnlipsky@morrisonmahoney.com

m:\docs\07721\001\dt8423.doc

**THIRD-PARTY DEFENDANT,**
**TPC ASSOCIATES INC. d/b/a TPC**
**SYSTEMS**

_____/s/_____

Deborah Etlinger
Pamela LeBlanc
Wolf Horowitz & Etlinger LLC
99 Pratt Street, 4th Floor
Hartford, CT  06103
Tel:  (860) 724-6667
Fax: (860 293-1979
Email:  detlinger@wolfhorowitz.com
             pleblanc@wolfhorowitz.com

6

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

_____/s/Rowena A. Moffett_____
Rowena A. Moffett, Esq.

m:\docs\07721\001\dt8423.doc